UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TERRI L. SCHNEIDER,<br><br>    Defendant. | Case No. 8:14-cr-00164-SDM-UAM |

## MOTION TO ADOPT MOTION FOR NEW TRIAL

Defendant, Terri L. Schneider, through counsel, respectfully moves the Court to enter an order allowing her to adopt the motion for new trial (Doc. 542) filed by her co-defendant, David Brock Lovelace.

WHEREFORE, the Court should enter an order allowing Ms. Schneider to adopt her co-defendant's motion for new trial.

    Respectfully submitted,

    /s/ Thomas Burns
    Thomas A. Burns (FBN 12535)
    BURNS, P.A.
    301 West Platt Street, Suite 137
    Tampa, FL 33606
    (813) 642-6350 T
    (813) 642-6350 F
    tburns@burnslawpa.com

    *Court-Appointed Appellate Counsel*
    *for Terri L. Schneider*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on January 17, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| **U.S. Attorney's Office** | **David Brock Lovelace** |
|---|---|
| AUSA Christopher Hunter | Darlene Calzon Barror |

        /s/ Thomas Burns
        Thomas A. Burns